DEFENDANT:    Stephen Flowers

YOB:    **1965**

COMPLAINT
FILED?    \_\_\_\_\_ Yes   \_\_\_x\_\_ No

    If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes  \_\_x\_\_\_ No

OFFENSE(S):    Counts 1 – Bankruptcy Fraud and Aiding and Abetting

LOCATION OF
OFFENSE:    El Paso County and Pueblo County, Colorado

PENALTY:    NMT 5 years and/or NMT $250,000 fine
    NMT 3 years supervised release
    Special Assessment Fee $100 per count

AGENT:    IRS SA  David Guest
    US Postal Inspector Robert Barnett

AUTHORIZED
BY:    Tim Neff
    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less \_\_\_ over five days    \_\_\_ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

\_\_\_X\_\_\_ will not seek detention

The statutory presumption of detention is not applicable to this defendant.

1